```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF ALABAMA
                         NORTHERN DIVISION
```

SONYA NICHOLSON, o/b/o          :
Ashley Raby,                    :
                                :
    Plaintiff,                  :
                                :
vs.                             :   CIVIL ACTION 08-0476-M
                                :
MICHAEL J. ASTRUE,              :
Commissioner of                 :
Social Security,                :
                                :
    Defendant.                  :


<u>JUDGMENT</u>

    It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff's attorney, William T. Coplin, Jr., is hereby **AWARDED** an EAJA attorney's fee in the amount of $1,433.10.

    DONE this 4th day of May, 2009.

                                    <u>s/BERT W. MILLING, JR.</u>
                                    UNITED STATES MAGISTRATE JUDGE